and Emailed
3-17-22    1/  55 pages
date

United States District Court For The District Of Connecticut

## Pro Se Prisoner Civil Rights Complaint

Marquis Kinnel (Plaintiff)   :      Case NO. _____

V.                            :

Commissioner - Quieros (Denfendants) :

Warden - Jesus Guadarama       :

LPN-HSARC- Andre Samuda        :

LPN  - Cummings                :      March 13, 2022

APRN- Elizabeth Heap           :

APRN- McPherson, C             :

LPN  ~~Corbo escueria~~        :

LPN  ~~Escobar~~               :

## (Individual Capacity Only)
### Count One

#1) The Plaintiff says: This action arises under sections 1983, 1985(3), 1986, and 1988 of title 42 of the U.S.C and the Eighth (8th) and Fourteenth (14th) Amendments to the U.S Constitution. Jurisdiction is founded upon 28. U.S.C Sec. 1331, 1343, 2201, 2202 and the Aforementioned Statutory and Constitutional Provisions. The Plaintiff further invokes this courts supplemental Jurisdiction to consider claims arising under State Law sounding in tort pursuant to 28. U.S.C Sec. 1367 (A).                    → Cont'd →

pg 1 of 12

#2) This action is to recover for damages suffered by the Plaintiff.

#3) The United State District Court, District Of Connecticut, is an appropriate venue under 28 U.S.C. section 1391(b)(2) because it is where the events giving rise to this claim occured.

## Plaintiff

#4) Plaintiff Marquis Kinnel, is and was at all times mentioned herein a prisoner of the State Of Connecticut in the custody of the Connecticut Department Of Corrections. He is currently contined in Osborn Corrections, in Somers, Connecticut within the district of Connecticut and within the territorial Jurisdiction of this court.

## Defendants

#5) Defendant, Quieros is the Commissioner of the State Of Connecticut. He is legally responsible for the overall operation of the Department and each Institution under its jurisdiction, including Osborn Corrections, and Brooklyn Corrections.

#6) Defendant, Jesus Guadarama is the Warden of Osborn Corrections. He is legally responsible for the operation of Osborn Corrections and for the welfare of all the inmates of that prison. →Contd→

#7) Defendant, Andre Samuda is a medical staff of the Connecticut Department of Corrections, who at all times mentioned in this complaint, held the rank of LPN-HSARC, and was assigned to Osborn Corrections.

#8) Defendant, Cummings is a medical staff of the Connecticut Department of Corrections, who at all times mentioned in this complaint, held the rank of LPN, and was assigned to Osborn Corrections.

#9) Defendant, Elizabeth Heap is a medical staff of the Connecticut Department of Corrections, who at all times mentioned in this complaint, held the rank of APRN, and was assigned to Osborn Corrections.

#10) Defendant, McPherson, C is a medical staff of the Connecticut Department of Corrections, who at all times mentioned in this complaint, held the rank of APRN, and was assigned to Brooklyn Corrections.

#11) During all times mentioned in this complaint, the defendants all acted under the color of law, that is under color of the Constitution, statues, laws, rules, regulations, customs, and usage of the State of Connecticut and the United States.

#12) During all times mentioned in this complaint the defendants and each of them seperate and in concert acted jointly, willfully, and in conspiracy with each other. Each defendant aided and abetted the others in carrying out the acts described herein and thereby deprived the Plaintiff of his rights secured to him by the Constitution.

#13) During all times mentioned in this complaint, Defendants: Quieros, Jesus Guadarama, Andre Samuda, Cummings, Elizabeth Heap, and McPherson, C were duly appointed employees of the Department of Corrections for the State Of Connecticut, acting in their Individual Capacities.

#14) Each defendant had the duty, responsibility, and opportunity to protect the plaintiff from unlawful actions, but each defendant failed to perform such duties, thereby proximately causing the plaintiff severe injuries to his physical body, pain and suffering, some or all of which may be permanent.

## Facts

#15) In June of 2020, I was issued a bottom-bunk pass, due to an injury in my left shoulder, and back pains. My pass was issued by Dr. Valletta in Garner Corrections,

and it was valid for one year. I was immediately assigned to ~~Descendant~~ the bottom bunk.

#16) On 10-19-2020 I was transferred from Garner C.I to Brooklyn C.I. I was assigned to a top-bunk, until I explained to the Officer I had a bottom bunk pass. He made a call, and I was assigned to the bottom bunk.

#17) Around May of 2021 I started to notify medical that my bottom-bunk pass was about to expire, and it needed to be renewed. I was told that the Provider would be made aware of the situation. Defendant McPherson, C was the Provider who was made aware of my situation. I was seen by McPherson, C on numerous visits to medical, and I was assured that among other things, my bottom bunk pass was renewed for another year. I was on the bottom bunk my entire stay at Brooklyn, so there was no reason to be alarmed by the issue.

#18) On 9-28-2021 I was transferred to Osborn C.I, and I was placed in B-block quarantine unit. It was single cell, so the bottom bunk wasn't an issue. I stayed in quarantine for approximately thirty days, before being moved to C-block.

# Facts

Contd.

**19)** I was assigned to C-block, cell 40 top-bunk. I told the officer I had a bottom-bunk pass. He called medical, and they informed the officer that my pass expired three months ago. I told them that it was re-newed in Brooklyn C.I, by McPherson, C. They checked again, and said she didn't do it, but they'll call me down tomorrow as an emergency sick-call. I was told I could wait till tomorrow, or refuse housing and go to Restricted Housing Unit. (seg). I didn't want trouble, just help.

**20)** I was called down to sick-call by ~~torrandad~~ a nurse, she did an examine, and told me she'll put me on the list to see the Provider. I told her to please look at my chart (medical record), because I was really in pain, and needed to be placed on a bottom-bunk. She said she can't do it, but the provider will be able to help with that.

**21)** I stayed in C-block, cell 40 for approximately one to two months, on the top bunk. 10-16-2021 while making an attempt to get off my bunk my shoulder gave out and I fell on my behind. I didn't seriously hurt myself, but I could have.

**22)** On 10-19-2021 I wrote medical sick-call, and I told them about what happen to me on 10-16 2021 and I asked →Contd→

6 of 17

Contd.

**#23)** them if they can please put me on the bottom bunk before I see the Doctor, because I didn't, but I could've hurt myself, and I don't want to wait and see if next time I hurt myself. Defendant Cummings answered the request, which clearly needed immediate attention, but she just told me, she added me to sick call list to be evaluated, and she said this on 10-21-21 (see attach.)

**#24)** Between 10-14-2021, and 11-14-2021 sometime, I was moved from C-40 to B-39 top bunk. I don't know the exact date I was moved to B-39, but on 11-14-2021 I wrote a Health Service Administrative Remedy, and I clearly let them know it was an emergency:, but Defendant Andre Samuda answered the remedy on 12-10-2021 telling me my CN9601 was not proper, which it was, but he did tell me he informed my provider and I will be seen once I'm back from McDougall Covid-19 Unit. Andre Samuda should have help me when he received my remedy on 11-16-21. I clearly had an emergency.

**#25)** On Dec-14-2021 I was moved from McDougall's Covid-Unit, where I was assigned the bottom bunk back to Osborn Corrections b-block, but I was assigned to 18-cell top bunk. I spoke to the Officer. He sent me to medical, and they made me sit in the waiting area for 1-2 hr, because they were mad I was there. They told the Officer they couldn't help, but he sent me anyway. I was told to get on top bunk or go to the Restrictive Housing Unit for refusing housing. I stayed, but asked for help daily. →Contd→

26) 2-8-2022 I'm finally seen by a provider, Defendant Elizebeth Heap. She does a thorough exam, prescribed me medication, and then sent me back to b-block, 18 cell, top-bunk.

27) 2-15-2022 between 4:00pm-5:00pm I was going to get my dinner tray, but on my way down off the top bunk, my shoulder gave out, and I fell on the chair, landing on my left hip, before I ended up on the floor, on my behind. I got up, in pain, I told the officer, and he sent me to medical. I was seen by a nurse, giving an ice-pack, but the information she told me, was bad. I was told that I had a bottom-bunk pass issued by Defendant Elizebeth Heap on 2-8-2022, so I should've never been on the top-bunk. Elizebeth Heap should have told me and/or the officers on 2-8-2022 about the pass, and I would've never injured myself on 2-15-2022. A nurse on the 15th gave me a pass (see attached)

28), On 2-15-2022 I was moved to a bottom bunk. I went from b-18 to cell b-40, but the damages has already been done. Defendant Quieros, and Defendant Jesus Guadarama are responsible for providing safe living conditions, but not having a ladder on these bunks, and not having a stable landing for me to come down on, or help me up, caused an unsafe living condition.

Exhaustion of Legal Remedies

Contd.

#29) Plaintiff Marquis Kinnel used the prisoners grievance procedure available at Osborn Corrections to try and solve the problem. On 11-14-2021 plaintiff Marquis Kinnel presented the facts relating to this complaint. On 12-10-2021 plaintiff Marquis Kinnel was sent a response saying that the grievance had been denied. On 1-4-2022 he was told grievances that is rejected is not appealable. (see Attached)

### Count Two (Legal Claims)

The Plaintiff Marquis Kinnel further says:

#1) Pursuant to the Provisions of 28 U.S.C Sec 1367. The supplemental Jurisdiction of this court is invoked as to the claims of this court which arises under the statues and common law of the State of Connecticut.

#2) The (deliberate indifference to medical needs, unsafe conditions, pain and suffering, negligence, and medical malpractice) violated Plaintiff Marquis Kinnel rights and constituted (cruel and unusual punishment, a due process violation) under the Eighth and Fourteenth Amendment to the United States Constitution.

#3) Contd. and from conspiracy to deprive the Plaintiff of his civil rights and due process of law. All of these rights are secured to the Plaintiff by provisions of the Eighth and Fourteenth Amendments of the U.S Const and by title 42 U.S.C Sec 1983 →Contd

9 of 12

Contd.

#4) Plaintiff has exauhsted all Administrative remedies. Plaintiff was informed the matter cannot be appealed. (see Attached)

#5) This is an action for money damages to redress the deprivation by the defendants of rights secured to the Plaintiff by the State of Connecticut. The Co-defendants state employees Officers with assistance, complicity, and in conspiracy with each other subjected the Plaintiff to cruel and unusual punishment, assault battery, deprivation of rights, unsafe living conditions, and pain and suffering..., by ALL named defendants in this complaint.

#6) Paragraphs 1-29 are hereby incorporated as paragraphs 1-814 of count two.

#7) In the manner described above the defendants further committed the tort of assault and battery. In that they intentionally and or recklessly caused the plaintiff severe physical injuries by their extreme and outrageous conduct as described above. The acts and ommissions of the defendants, as outlined above were proximate cause of damages to the Plaintiff as set out in paragraph 1-30 of count one as set above.

Therefore the Plaintiff is entitled to relief under the laws of Connecticut, and provisions of which are invoked under this courts supplemental Jurisdiction.

Prayer For Relief

Wherefore, Plaintiff respectfully prays that this court enter judgment granting plaintiffs:

#8) A declaration that the acts and omissions described herein violated platiff's rights under the Constitution and laws of the United States.

#9) A preliminary and permanent injunction ordering defendants Quieros, Jesus Guadarama, Andre Sanuda, Cummings, Elizebetle Heap, McPherson to create a better and safer living condition, and to tend to every prisoner medical need as needed.

#10) Compensatory damages in the amount of #10,000 against each defendant, jointly and severally.

#11) Punitive damages in the amount of #10,000 against each defendant.

#12) A jury trial on all issues triable by jury.

#13) Plaintiff's costs in this suit

#14) Any additional relief this court deems just, proper, and equitable

Dated! 3-13-2020
Respectfully submitted

Marquis Kinnel, Osborn Corrections 335 Bilton'd Somers, Ct 06071

Verification

I have read the foregoing complaint and hereby verify that
the matters alleged therein are true, except as to matters alleged
on information and belief, and, as to those, I believe them to
be true. I certify under penalty of perjury that the foregoing
is true and correct

Executed at SOMERS, Connecticut on 3-13-2020

Marquis Kinnel
Marquis Kinnel

# ATTACHMENT A

1) Summons
2) Declaration to Proceed In Forma Pauperis
3) Last Six month Of my Trust account Statement

LC_#:   0000341411    Name: KINNEL, MARQUIS              [Birth_Date]: 01/06/1987
LOCATION: 115-B


ACCOUNT BALANCES Total:      128.75      CURRENT:      128.75      HOLD:      0.00

                             09/11/2021   03/11/2022

| SUB ACCOUNT | START BALANCE | END BALANCE |
| --- | --- | --- |
| SPENDABLE BALANCE | 426.06 | 128.75 |
| DISCHARGED SAVINGS | | |
| BONDS | | |
| PLRA | | |
| HOLIDAY PACKAGES | | |
| COST OF INCARCERATION | | |
| REENTRY ID | 0.00 | 0.00 |

### DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID | WRITE OFF AMT. |
| --- | --- | --- | --- | --- | --- |
| OEYE | MED EYE OBLIGATION | 136-04/29/16 | 0.00 | 3.00 | 0.00 |
| ODEN | MED DEN OBLIGATION | 136-10/10/13 | 0.00 | 3.00 | 0.00 |
| ORES | RESTITUTION | 136-03/05/18 | 0.00 | 56.00 | 0.00 |

### TRANSACTION DESCRIPTIONS --              SPENDABLE BALANCE  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
| --- | --- | --- | --- | --- |
| 09/14/2021 | JP_TXN | JPINTERF: TXN_TRACE 135002534, TXN_DATE 09/14/2021, NET_AMOUNT 7500, A | 75.00 | 501.06 |
| 09/17/2021 | DSP | CSTU/C DO DSP /FUL  /Rg:1 7 @0.75 09/03/2021-09/09/2021 CSTU/C B | 10.50 | 511.56 |
| 09/27/2021 | WSR | Special Request - 128 | ( 59.00) | 452.56 |
| 09/27/2021 | WSR | Special Request - 128 | ( 59.00) | 393.56 |
| 10/01/2021 | DSP | CSTU/C DO DSP /FUL  /Rg:1 7 @0.75 09/17/2021-09/23/2021 CS1U/C D | 10.50 | 404.06 |
| 10/08/2021 | CRS | CRS SAL ORD #14611969 D1 | ( 54.33) | 349.73 |
| 10/14/2021 | CRS | CRS SAL ORD #14617231 D1 | ( 39.68) | 310.05 |
| 10/22/2021 | WSR | Special Request - 115 | ( 31.00) | 279.05 |
| 10/28/2021 | CRS | CRS SAL ORD #14633509 D1 | ( 74.82) | 204.23 |
| 11/04/2021 | CSR | CSR SAL ORD #14611969 | 2.22 | 206.45 |
| 11/06/2021 | JP_TXN | JPINTERF: TXN_TRACE 136703536, TXN_DATE 11/06/2021, NET_AMOUNT 6000, A | 60.00 | 266.45 |
| 11/12/2021 | CRS | CRS SAL ORD #14650235D1 | ( 6.92) | 259.53 |
| 11/17/2021 | WSR | Special Request - 115 | ( 18.00) | 241.53 |
| 11/18/2021 | CRS | CRS SAL ORD #14656601 D1 | ( 13.67) | 227.86 |
| 11/30/2021 | WSR | Special Request - 115 | ( 30.00) | 197.86 |
| 12/03/2021 | DIP | Industry Pay 115 NOVEMBER 2021 | 17.59 | 215.45 |
| 12/10/2021 | CSR | CSR SAL ORD #14656601 | 13.67 | 229.12 |
| 12/27/2021 | WSR | Special Request - 115 | ( 30.00) | 199.12 |
| 01/03/2022 | CRS | CRS SAL ORD #14704597D1 | ( 55.95) | 143.17 |
| 01/19/2022 | CSR | CSR SAL ORD #14704597 | 55.95 | 199.12 |
| 01/27/2022 | WSR | Special Request - 115 | ( 30.00) | 169.12 |
| 01/27/2022 | DSP | 3K  /KIT DSP /FUL  /Rg:3 2 @1.75 01/19/2022-01/20/2022 3K  /KIT | 15.75 | 184.87 |

*[Handwritten annotations:] Avg 464.685; 309.42; 233.28; 214.56; 174.07*

T R U S T   A C C O U N T   S T A T E M E N T

DOC#:    0000341411    Name: KINNEL, MARQUIS              [Birth_Date]: 01/06/1987

LOCATION: 115-B

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|------|------|------------------------|-----------------|---------|
| 02/06/2022 | JP_TXN | JPINTERF: TXN_TRACE 139780981, TXN_DATE 02/06/2022, NET_AMOUNT 4000, A | 40.00 | 224.87 |
| 02/10/2022 | DSP | 3K /KIT DSP /FUL /Rg:3 7 @1.75 01/28/2022-02/03/2022 3K /KIT | 24.50 | 249.37 |
| 02/17/2022 | CRS | CRS SAL ORD #14752291 D1 | ( 47.02) | 202.35 |
| 02/23/2022 | CRS | CRS SAL ORD #14758944 D1 | ( 6.05) | 196.30 |
| 02/24/2022 | DSP | 3K /KIT DSP /FUL /Rg:3 7 @1.75 02/11/2022-02/17/2022 3K /KIT | 24.50 | 220.80 |
| 03/01/2022 | DIP | Industry Pay 115 FEBRUARY 2022 | 8.99 | 229.79 |
| 03/01/2022 | WSR | Special Request - 115 | ( 30.00) | 199.79 |
| 03/02/2022 | WCOP | Copies 115 | ( 9.75) | 190.04 |
| 03/02/2022 | CRS | CRS SAL ORD #14767129 D1 | ( 70.79) | 119.25 |
| 03/07/2022 | OT | Sub-Account Transfer | ( 15.00) | 104.25 |
| 03/10/2022 | DSP | 3K /KIT DSP /FUL /Rg:3 7 @1.75 02/25/2022-03/03/2022 3K /KIT | 24.50 | 128.75 |

*(handwritten annotations: 218.73, 161.97)*

*(handwritten:)*

Avg monthly 218.67
Avg deposits 27.16

# ATTACHMENT B

1) two request, I used to try in exhaust my remedies

2) Health Services Administrative Remedy - Level 1

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Kinnel, Marquis

Inmate number: 341411

Facility/Unit: Osborn

Housing unit: C-40

Date: 10-19-2021

Submitted to: Medical

Request: I was seen by sick-call and put on the list to see the Doctor, about my lower back, and to see why my bottom bunk pass wasn't renewed, but to be honest with you, I may not be able to wait, because I've been feeling the pain in my shoulder coming back just as bad as it was before, and that's from using it to jump up and down off the top bunk, and the other day my shoulder gave out on my way down off my bunk and I ended up on my behind on the floor, so before I'm badly injured, can you put me on the bottom until I see the Doctor. Plz My shoulder really hurts again.

Thanks!!!

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): Cummings

Title: CHN

Action taken and/or response: Added you to sick Call list to be evaluated

*continue on back if necessary*

Staff signature:

Date: 10-21-21



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901
Rev.
05/06/2021

| ☐ Facility/Unit: Osborn CI / B-39 unit | Date: 11-14-2021 |
|---|---|
| Inmate Name: Kinnel, Marquis | Inmate Number: 34141 |

### Section 1: FILING A HEALTH SERVICES ADMINISTRATIVE REMEDY LEVEL 1

Prior to filing a request for Health Services Administrative Remedy, an inmate must attempt informal resolution. Attach a copy of the CN 9601, Inmate Request form, with the staff member's response or explain in Section 3 why the form is not attached.

Health Services Administrative Remedies must be filed within 30 days of the occurrence or discovery of the cause of the concern.

Reason for Health Services Administrative Remedy. Check the appropriate box:
☐ Diagnosis/ Treatment     ☑ Administrative

### Section 2: OTHER REQUIREMENTS FOR USING THE HEALTH SEVICES ADMINITRATIVE REMEDY PROCEDURE

Read and comply with the instructions below, then complete Section 3 (State the Problem and Requested Resolution)

- The length of this request shall be restricted to the space available in Section 3 and one (1) additional 8 1/2 x 11-inch page.
- This request for a Health Services Administrative Remedy must be free of obscene or vulgar language or content.
- This request for a Health Services Administrative Remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- Informal resolution attempts and responses shall be attached or explained if no attachment is available.
- A repetitive request for a specific Health Services Administrative Remedy will be rejected if
  - a. a final response has already been provided;
  - b. there has been no change in any circumstances that would affect the response; and
  - c. the initial request for the Health Services Administrative Remedy is still in process.

### Section 3: STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable. Including any responses from staff. State the action that you believe should be taken to resolve this problem. PLEASE PRINT.

In July sometime my bottom-bunk pass expired, and I was told by the Doctor in Brooklyn C.I that it was re-newed, but once I got here, I found out that, that wasn't the case, so I was seen by a nurse on an emergency sick-call, and after that I wrote a request, because me being on the top-bunk can seriously ~~expose~~ cause me harm, but I was told I was added to sick-call to be evaluated, but I still haven't been seen. I really don't need to be seen, because my medical record history speak for itself. My injuries never been fixed. My back pain is a ten on a scale from one to ten, ten being the worst, and my shoulder was never fully healed, and now this top-bunk situation is causing the pain to come back even worst then before. I need a bottom-bunk pass ASAP, because I already fell, because my shoulder gave out, and me waiting on the Doctor may be to late. Please help me, there's no ladder to get up and down, and the chair is not stable. This spells disaster.



# Health Services Administrative Remedy- Level 1
## Connecticut Department of Correction

CN 8901-
Rev.
05/06/2021

| Inmate Signature: *U-l, M* | Date: *11-14-2021* |
|---|---|

**Deposit the completed form in the Health Services Administrative Remedies box**

**Section 4: Decision/Official Use ONLY- Do Not Write in the Space Below**

| Date Received: 11/16/21 | HSAR# |
|---|---|
| Disposition: *REJECTED* | Date: *12/10/21* |

**Reason: Staff responses must be printed or typed. Language must address both the problem and requested solution**

Your CN9601 is not a proper informal resolution.
However I have informed your provider of your need
and you will be evaluated soon after your return to
osborn.

---

## Health Services Administrative Remedy Decision

| ☐ This decision is not subject to further appeal | ☐ This matter may be appealed within 5 calendar days |
|---|---|
| Staff Name Print: ANDRE SAMUDA | Title: LPN HSA FC |
| Signature: *ASM* | Date: 12/10/21 |

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV
04/30/2021

Inmate name: Kinnel, Marquis

Inmate number: 341411

Facility/Unit: Osborn

Housing unit: B-18

Date: 12-28-2021

Submitted to: Medical Administrative Remedy Staff

Request: I received my grievence back today, at mail delivery, and your reason for the denial of my grievence doesn't make since to me. So can you please explain it to me a little better? I also noticed that you didn't check neither box at the bottom to let me know if I could appeal your denial, or not, because if I could've appealed it, I would've only had five days from the day you signed, or the day I received the decision. Five calendar days. Please help me make since of your decision.

I received it on 12-28-2021 at 2:25-2:30 pm
By officer Berges and Officer Mullen                                    Thanks!!!
* It also happened again with my shoulder giving out and me fallen

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): Mier

Title: LPN HSRC

Action taken and/or response:
Mr Kinnel, your original CN9601 was written 10/19/21. You were seen in sick call on 11/26/21 and the issue of BBP was not addressed at this visit. You then in turn transferred to MacDougal. Returned to OCI 12/14/21, which could have caused a delay in you receiving your Remedy back. Since writing the original grievence, you have not addressed your BBP in sick call. I have added you to the sick call list and you will be called down and given opportunity to address this. You are also on provider sick call. Per AD 8.9 Any remedy that is rejected is *continue on back if necessary* not appealable.

Staff signature: Mier LPN HSRC

Date: 1/4/2022

24

# ATTACHMENT C

Medical records showing shoulder injury,
(frozen shoulder) and the shots I was giving.

155/21
5/21/1AD

1 of 2

Printed: 17-MAY-2017 08:00        CORRECTIONAL MANAGED HEALTH CARE - MEDICATION ADMINISTRATION RECORD        PAGE: 1 of 2

NAME: KINNEL, MARQUIS                    SEX: MALE    DOB: 06-JAN-1987    AGE: 30 YEARS  WEIGHT: 086 KG 184 G    LLC: GARN E UNIT
IM: 341411                                            DR: VALLETTA, GERALD A.                                    ROOM-BED: 136ED4
REASON FOR VISIT:                                                                                                ADMIT DATE: 15-JUN-2011
ALLERGIES: No Known Allergies, No Known Drug Allergies, NO KNOWN FOOD ALLERGIES

DOSE PERIOD: 01-JUN-2017 TO 30-JUN-2017        DISCHARGE MEDS ORDERED: _____        DISCHARGE MEDS RECEIVED: _____

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*** SCHEDULED DOT ***

FLUTICASONE PROP 0.05% 50 MCG
(FLONASE NASAL 0.05% )
DOSE: 100 MCG NAS QD-DOT
START: 28-MAR-2016 STOP: 15-SEP-2017
DX: RHINITIS / 30 DAY SUPPLY
USE 2 SPRAYS IN EACH NOSTRIL
ONCE A DAY. SHAKE GENTLY.
DR. VALLETTA, GERALD A.

Kenalog 40mg vial #1  R/DOT
IA - DJD - to be administered
by MD (L) Shoulder when available
Valletta   EC 6/5/17

NAME: KINNEL, MARQUIS                    IM #: 341411

## NURSE/ CORRECTIONAL MEDICAL ATTENDANT SIGNATURE/ INITIAL KEY

| INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE | INITIAL | SIGNATURE |
|---------|-----------|---------|-----------|---------|-----------|---------|-----------|
| A) | ailBarros RN. A. DeBarros R.N. | | | V | Dilat | Vn | Morrion RN |
| | | | | ST | STILLMA | El | Eileen Law |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| PRN & SINGLE DOSE MEDICATIONS ADMINISTERED | | | | | | MEDICATIONS NOT ADMINISTERED | | | | |
|------|------|------------------------|--------|-----------|----------|------|------|------------------------|--------|----------|
| DATE | TIME | DRUG/ STRENGTH/ROUTE | REASON | EFFECTIVE | INITIALS | DATE | TIME | DRUG/ STRENGTH/ROUTE | REASON | INITIALS |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| DOCUMENTATION CODE KEY: | DC = DISCONTINUED ORDER | R = REFUSED | NS = NO SHOW |
|-------------------------|-------------------------|------------|--------------|

HR 716 A 4/01



# University of Connecticut
# Health Center
## CORRECTIONAL MANAGED HEALTH CARE

### UR Request Response
Generated on 12/26/2017 1:34:35 PM

The Utilization Review Committee (URC) reviewed the following case:

Date of Review: 12/7/2017 7:55:17 AM

Name: KINNEL,MARQUIS                 DOB: 1/6/1987          TOO#: T01530028

Inmate Number: 00341411

Request Date: 11/30/2017 9:37:45 AM        UR Request#: 165796

UR Requestor: Valletta, Gerald

Current Facility: GARNER CI

Initial Diagnosis: Musculoskeletal Issue -         Updated Diagnosis: Musculoskeletal Issue - Shoulder
                   Shoulder

Current Diagnosis: Musculoskeletal Issue - Shoulder

Requested Procedure: Imaging Test - MRI -          Updated Procedure: Imaging Test - MRI - Shoulder
                     Shoulder

Approved Procedure:

Requested Specialty: Radiology/Diagnostic          Updated Specialty: Radiology/Diagnostic Imaging
                     Imaging

Approved Specialty:

Summary For Consultant:

Submitted at IM request.
S: 30 y/o male with > 6 month h/o left shoulder pain which was gradual in nature. No known definitive injury. Seen multiple times in MDSC. He had point tenderness at AC joint & administered a Kenalog injection in June, 2017, which improved it significantly but lasted only a few months. Now has moderate pain in the same area but limited ROM.
O: Exam: point tenderness anteriorly. Decreased active and passive ROM with moderate pain upon 90 degrees abduction and pronation and 95 degrees supination. Negative Apley scratch test. XRAY of L shoulder Negative.
A: probable frozen shoulder
P: I offered another Kenalog but inmate refused. I gave him shoulder rehab exercises and info on frozen shoulder. IM requesting MRI L shoulder;

Utilization Review Determination and Recommendations:

Review by Panel/MD.

Panel recommends continue current management for his (frozen shoulder.)

Review Disposition: Not Approved

URC Decision to be Reviewed by Facility MD and Discussed with Inmate Before Filling.

Clinician Signature:                               Date/Time: 12/26/17

Inmate Signature:                                  Date/Time: 12-26-17

# University of Connecticut Health Center

## CORRECTIONAL MANAGED HEALTH CARE

**UR Request Response**

Generated on 1/11/2018 8:39:57 AM

The Utilization Review Committee (URC) reviewed the following case:

Date of Review: 1/10/2018 2:31:53 PM

**Name:** KINNEL,MARQUIS **DOB:** 1/6/1987 **TOO#:** T01530028

Inmate Number: 00341411

Request Date: 1/3/2018 9:29:25 AM **UR Request#:** 166837

UR Requestor: Valletta, Gerald

Current Facility: GARNER CI

**Initial Diagnosis:** Musculoskeletal Issue - Shoulder   **Updated Diagnosis:** Musculoskeletal Issue - Shoulder

Current Diagnosis: Musculoskeletal Issue - Shoulder

**Requested Procedure:** Imaging Test - MRI - Shoulder   **Updated Procedure:** Imaging Test - MRI - Shoulder

Approved Procedure:

**Requested Specialty:** Radiology/Diagnostic Imaging   **Updated Specialty:** Radiology/Diagnostic Imaging

Approved Specialty:

Summary For Consultant:

this is a repeat IM request... not given option to appeal - ROM and pain not improving.
S: 30 y/o male with > 6 month h/o left shoulder pain which was gradual in nature. No known definitive injury. Seen multiple times in MDSC. He had point tendemess at AC joint & administered a Kenalog injection in June, 2017, which improved it significantly but lasted only a few months. Now has moderate pain in the same area but limited ROM.
O: Exam: point tendemess anteriorly. Decreased active and passive ROM with moderate pain upon 90 degrees abduction and pronation and 95 degrees supination. Negative Apley scratch test. XRAY of L shoulder Negative.
A: probable frozen shoulder
P: I AGAIN offered another Kenalog but inmate refused. Recommended continuing shoulder rehab exercises.
IM again requesting MRI L shoulder;

Utilization Review Determination and Recommendations:

Review by Panel/MD.

Panel recommends continue conservative management with HEP.

Review Disposition: Not Approved

URC Decision to be Reviewed by Facility MD and Discussed with Inmate Before Filling.

Clinician Signature: _____ Date/Time: 1-4-18

Inmate Signature: _____ Date/Time: 1-11-18

# ATTACHMENT D

1) Declarations from two witnesses on my behalf
2) One forged bottom bunk pass
3) Bottom bunk pass I received from Mrs. Heap, eight
   days to late.

In The United States District Court
For The District Of Connecticut


Marquis Kinnel
　(Plaintiff)

　　　　V.　　　　　　　　Summons

Quieros
Jesus Guidarma
Andre Sunuda
Cummings
Elizabeth Heap
McPherson C
~~Dorpartedicup~~
~~Waoloo~~
　(Defendants)　　　　　　Case No_____


To The Above-Named Defendants:
　　You are hereby summoned and required to serve upon
plaintiffs, whose address is 986 Norwich New London Ipke in,
Uncasville, Ct 06382 an answer to the complaint which is
herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service, or 60 days
if the U.S Government or officer/agent thereof is a defendant,
If you fail to do so, judgement by default will be taken
against you for the relief demanded in the complaint.


Clerk of the court

Date:_____

In The United States District Court
For The District Of Connecticut


Marquis Kinnel
　(Plaintiffs)

　　　　　V.　　　　　　　Declaration
　　　　　　　　　　　　　In Support Of
Quieros　　　　　　　　Motion To
Jesus Guadarama　　　Proceed In
Andre Samuda　　　　Forma
Cummings
Elizabeth Heap　　　　Pauperis
McPherson iC
John Doe
Jane Doe　(defendants)　Case No.___


I, Marquis Kinnel, am the petitioner/plaintiff in the
above entitled case. In support of my motion to proceed
without being required to prepay fees or costs or give
security therefore, I state that because of my poverty
I am unable to pay the costs of said proceeding or
to give security therefore, and that I believe I am
entitled to redress.

I declare that the responses which I have made
below are true.

　　　　　　　　　　　　　　　　pg 1 of 4
　　　　　　　　　　　　　　　　Contd →

Contd.

1) If you a presently employed, state the amount of your salary wage per month, and give the name and address of your employer. Unemployed

2) If you are not presently employed state the date of last employment and amount of salary per month that you received and how long the employment lasted. 3-14-2022 last employed. I was making an average of $50.00 per month, and it lasted less then three months, two and a half months.

3) Have you received, within the past twelve months, any money from any of the following sources:
a. Business, profession or any form of self-employment?
         Yes____   NO ✓
b. Rent payments, interest or dividends?
         Yes____   NO ✓
c. Pensions, annuities, or life insurance payments?
         Yes____   NO ✓
d. Gifts or inheritances?
         Yes____   NO ✓
e. Any form of public assistance?
         Yes____   NO ✓
f. Any other sources?
         Yes ✓   NO____

pg 2 of 4
Contd→

Contd.

If the answer to any of questions (a) through (f) is yes, describe each source of money and state the amount received from each during the past months. I received a stimulus government check in the amount of $3,200 about ten to eleven months ago, my dates may be wrong, but that's the money I received, unless I worked in prison.

4) Do you have any cash or money in a checking or savings account? Yes . If the answer is yes, state the total value owned. I have $128.75 in my inmate trust account.

5) Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothings)? NO . If the answer is yes, state the total value owned. _____ .

6) List the person(s) who are dependant on you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time. No-one .

7) If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do no include rent contributed by other people. I'm incarcerated.

pg 3 of 4
Contd →

Contd.

8) State any special financial circumstances which the court should consider in this application. _None_ .

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _15th_ day of _March_, 2022

Marquis Kinnel

_01-06-1987_
Date of Birth

_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_
Social Security Number

Corrigan Corrections
986 Norwich New London Tpke
Uncasville, Ct 06382

pg 4 of 4

In The United States District Court
For The District Of Connecticut


Marquis Kinnel
(Plaintiffs)

V.                                        Summons

Quieros
Jesus Guidarama
Andre Suauda
Cummings                                  Case No _____
Elizabeth Heap
McPherson iC
~~Brezezoski~~
~~Mac~~
(Defendants)


To The Above-Named Defendants:

    You are hereby summoned and required to serve upon
plaintiffs, whose address is 986 Norwich New London Ipke in,
Uncasville Ct 06382 an answer to the complaint which is
herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service, or 60 days
if the U.S Government or officer/agent thereof is a defendant,
If you fail to do so, judgement by default will be taken
against you for the relief demanded in the complaint.


Clerk of the court

Date: _____

In The United States District Court
For The District Of Connecticut


Marquis Kinnel
(Plaintiffs)

           V.           :      Declaration

Quieros                 :      In Support Of

Jesus Guadarama      :      Motion To

Andre Samuda        :      Proceed In

Cummings             :      Forma

Elizabeth Heap        :      Pauperis

McPherson C          :

John Doe               :

Jane Doe   (Defendants)    :      Case No _____


I, Marquis Kinnel, am the petitioner/plaintiff in the
above entitled case. In support of my motion to proceed
without being required to prepay fees or costs or give
security therefore, I state that because of my poverty
I am unable to pay the costs of said proceeding or
to give security therefore, and that I believe I am
entitled to redress.


I declare that the responses which I have made
below are true.

Contd.

1) If you a presently employed, state the amount of your salary wage per month, and give the name and address of your employer. Unemployed

2) If you are not presently employed state the date of last employment and amount of salary per month that you received and how long the employment lasted. 3-14-2022 last employed. I was making an average of $50.00 per month, and it lasted less then three months, two and a half months.

3) Have you received, within the past twelve months, any money from any of the following sources:

a. Business, profession or any form of self-employment?
        Yes___ NO ✓

b. Rent payments, interest or dividends?
        Yes___ NO ✓

c. Pensions, annuities, or life insurance payments?
        Yes___ NO ✓

d. Gifts or inheritances?
        Yes___ NO ✓

e. Any form of public assistance?
        Yes___ NO ✓

f. Any other sources?
        Yes ✓ No___

pg 2 of 4
(Contd→)

Contd.

If the answer to any of questions (a) through (f) is yes, describe each source of money and state the amount received from each during the past months. I received a stimulus government check in the amount of $3,200 about ten to eleven months ago, my dates may be wrong, but that's the money I received, unless I worked in prison.

4) Do you have any cash or money in a checking or savings account? Yes . If the answer is yes, state the total value owned. I have $128.75 in my inmate trust account.

5) Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothings)? NO. If the answer is yes, state the total value owned. _____.

6) List the person(s) who are dependant on you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time. No-one .

7) If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do no include rent contributed by other people. I'm incarcerated.

Contd.

8) State any special financial circumstances which the court should consider ~~in~~ in this application; __None__.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __15th__ day of __March__, 2022

Marquis Kinnel

Marc Kid

__01-06-1987__
Date of Birth

__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__
Social Security Number

Corrigan Corrections
986 Norwich New London Tpke
Uncasville, CT 06382

pg 4 of 4

In The United States District Court
For The District Of Connecticut


Marquis Kinnel
  (Plaintiffs)

              V.                    Summons

Quieros
Jesus Guidarma
Andre Sunoda
Cummings
Elizabeth Heap              Case No_____
McPherson iC
~~Cheseposdazoy~~
~~Blin Col~~
  (Defendants)


To The Above-Named Defendants:
     You are hereby summoned and required to serve upon
plaintiffs, whose address is 986 Norwich New London Tpke in
Uncasville, Ct 06382 an answer to the complaint which is
herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service, or 60 days
if the U.S Government or officer/agent thereof is a defendant,
If you fail to do so, judgement by default will be taken
against you for the relief demanded in the complaint,


Clerk of the court

Date:_____

In The United States District Court
For The District Of Connecticut


Marquis Kinnel                    :
     (Plaintiff)                  :
                                  :
          V.                      :    Declaration
Quieros                           :    In Support Of
Jesus Guadarama                   :    Motion To
Andre Samuda                      :    Proceed In
Cummings                          :    Forma
Elizabeth Heap                    :    Pauperis
McPherson iC                      :
John Doe                          :
Jane Doe  (Defendants)            :    Case NO____


I, Marquis Kinnel, am the petitioner/plaintiff in the
above entitled case. In support of my motion to proceed
without being required to prepay fees or costs or give
security therefore, I state that because of my poverty
I am unable to pay the costs of said proceeding or
to give security therefore, and that I believe I am
entitled to redress.


I declare that the responses which I have made
below are true.


                                        pg 1 of 4

Contd.

1) If you a presently employed, state the amount of your salary wage per month, and give the name and address of your employer. Unemployed

2) If you are not presently employed state the date of last employment and amount of salary per month that you received and how long the employment lasted. 3-14-2022 last employed. I was making an average of $50.00 per month. and it lasted less then three months, two and a half months.

3) Have you received, within the past twelve months, any money from any of the following sources:

a. Business, profession or any form of self-employment?
Yes___ NO ✓

b. Rent payments, interest or dividends?
Yes___ NO ✓

c. Pensions, annuities, or life insurance payments?
Yes___ NO ✓

d. Gifts or inheritances?
Yes___ NO ✓

e. Any form of public assistance?
Yes___ NO ✓

f. Any other sources?
Yes ✓ NO ___

pg 2 of 4
(Contd →)

Cont'd.

If the answer to any of questions (a) through (f) is yes, describe each source of money and state the amount received from each during the past months. I received a stimulus government check in the amount of $3,200 about ten to eleven months ago, my dates may be wrong, but that's the money I received, unless I worked in prison.

4) Do you have any cash or money in a checking or savings account? Yes. If the answer is yes, state the total value owned. I have $428.75 in my inmate trust account.

5) Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothings)? NO. If the answer is yes, state the total value owned. _____

6) List the person(s) who are dependant on you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time. No one _____.

7) If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do no include rent contributed by other people, I'm incarcerated.

Contd.

8) State any special financial circumstances which the court should consider in this application. None.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of March, 2022

Marquis Kinnel

01-06-1987
Date of Birth

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
Social Security Number

Corrigan Corrections
986 Norwich New London Tpke
Uncasville, Cf 06382

pg 4 of 4

In The United States District Court
For The District Of Connecticut

Marquis Kinnel
(Plaintiff)

V.                                    Summons

Quieros
Jesus Guidarma
Andre Sumada
Cummings
Elizabeth Heap                         Case No _____
McPherson.C
~~XXXXXXXX~~
~~XXXXXXXX~~
(Defendants)

To The Above-Named Defendants!

You are hereby summoned and required to serve upon plaintiffs, whose address is 986 Norwich New London Tpke in Uncasville, Ct 06382 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service, or 60 days if the U.S Government or officer/agent thereof is a defendant. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.

Clerk of the court

Date: _____

In The United States District Court
For The District Of Connecticut

Marquis Kinnel
(Plaintiff)

        V.                          :        Declaration

Quieros                             :        In Support Of
Jesus Guadarama                     :        Motion To
Andre Samuda                        :        Proceed In
Cummings                            :        Forma
Elizabeth Heap                      :        Pauperis
McPherson C                         :
John Doe                            :
Jane Doe   (Defendants)             :        Case No _____


I, Marquis Kinnel, am the petitioner/plaintiff in the
above entitled case. In support of my motion to proceed
without being required to prepay fees or costs or give
security therefore, I state that because of my poverty
I am unable to pay the costs of said proceeding or
to give security therefore, and that I believe I am
entitled to redress.


I declare that the responses which I have made
below are true.

pg 1 of 4

Contd.

1) If you a presently employed, state the amount of your salary wage per month, and give the name and address of your employer. Unemployed

2) If you are not presently employed state the date of last employment and amount of salary per month that you received and how long the employment lasted. 3-14-2022 last employed. I was making an average of $50.00 per month, and it lasted less then three months, two and a half months.

3) Have you received, within the past twelve months, any money from any of the following sources:

a. Business, profession or any form of self-employment?
        Yes___   NO ✓

b. Rent payments, interest or dividends?
        Yes___   NO ✓

c. Pensions, annuities, or life insurance payments?
        Yes___   NO ✓

d. Gifts or inheritances?
        Yes___   NO ✓

e. Any form of public assistance?
        Yes___   NO ✓

f. Any other sources?
        Yes ✓   No ___

pg 2 of 4
Contd→

Contd.

If the answer to any of questions (a) through (f) is yes, describe each source of money and state the amount received from each during the past months. I received a stimulus government check in the amount of $3,200 about ten to eleven months ago, my dates may be wrong, but that's the money I received, unless I worked in prison.

4) Do you have any cash or money in a checking or savings account? Yes . If the answer is yes, state the total value owned. I have $128.75 in my inmate trust account.

5) Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothings)? NO. If the answer is yes, state the total value owned. _____ .

6) List the person(s) who are dependant on you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time. No-one _____ .

7) If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do no include rent contributed by other people. I'm incarcerated.

pg 3 of 4
Contd →

Contd.

8) State any special financial circumstances which the court should consider in this application. _None_.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _15th_ day of _March_, 2022

Marquis Kinnel

_01-06-1987_
Date of Birth

_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_
Social Security Number

Corrigan Corrections
986 Norwich New London Tpke
Uncasville, CT 06382

pg 4 of 4

In The United States District Court
For The District Of Connecticut


Marquis Kinnel
   (plaintiff)

      V.                              Summons

Quieros
Jesus Guadarma
Andre Sunoda
Cummings                           Case No _____
Elizabeth Heap
Mcpherson, C
~~Sargent Heap~~
~~Nancy Cox~~
   (Defendants)


# To The Above-Named Defendants:

You are hereby summoned and required to serve upon
plaintiffs, whose address is 986 Norwich New London Ipke in,
Uncasville, Ct 06382 an answer to the complaint which is
herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service, or 60 days
if the U.S Government or officer/agent thereof is a defendant,
If you fail to do so, judgement by default will be taken
against you for the relief demanded in the complaint.


Clerk of the court

Date:

In The United States District Court
For The District Of Connecticut


Marquis Kinnel
  (Plaintiffs)

          V.                          :   Declaration
                                      :   In Support Of
Quieros                               :   Motion To
Jesus Guadarama                       :   Proceed In
Andre Samuda                          :   Forma
Cummings                              :
Elizabeth Heap                        :   Pauperis
McPherson C                           :
John Doe                              :
Jane Doe   (Defendants)               :   Case NO____


I, Marquis Kinnel, am the petitioner / plaintiff in the
above entitled case. In support of my motion to proceed
without being required to prepay fees or costs or give
security therefore, I state that because of my poverty
I am unable to pay the costs of said proceeding or
to give security therefore, and that I believe I am
entitled to redress.

I declare that the responses which I have made
below are true.

                                      pg 1 of 4

Contd.

1) If you a presently employed, state the amount of your salary wage per month, and give the name and address of your employer. Unemployed

2) If you are not presently employed state the date of last employment and amount of salary per month that you received and how long the employment lasted. 3-14-2022 last employed. I was making an average of $50.00 per month. and it lasted less then three months, two and a half months.

3) Have you received, within the past twelve months, any money from any of the following sources:

a. Business, profession or any form of self-employment?
      Yes___   NO ✓

b. Rent payments, interest or dividends?
      Yes___   NO ✓

c. Pensions, annuities, or life insurance payments?
      Yes___   NO ✓

d. Gifts or inheritances?
      Yes___   NO ✓

e. Any form of public assistance?
      Yes___   NO ✓

f. Any other sources?
      Yes ✓   No ___

pg 2 of 4
(Contd→)

Contd.

If the answer to any of questions (a) through (f) is yes, describe each source of money and state the amount received from each during the past months. I received a stimulus government check in the amount of $3.200 about ten to eleven months ago, my dates may be wrong, but that's the money I received, unless I worked in prison.

4) Do you have any cash or money in a checking or savings account? Yes . If the answer is yes, state the total value owned. I have $128.75 in my inmate trust account.

5) Do you own any real estate, stock, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothings)? NO. If the answer is yes, state the total value owned.

6) List the person(s) who are dependant on you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time. No-one .

7) If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do no include rent contributed by other people. I'm incarcerated.

Contd.

8) State any special financial circumstances which the court should consider ~~~~ in this application. <u>None</u>.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties of perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this <u>15th</u> day of <u>March</u>, 2022

Marquis Kinnel

<u>01-06-1987</u>
Date of Birth

<u>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</u>
Social Security Number

Corrigan Corrections
986 Norwich New London Tpke
Uncasville, CT 06382

pg 4 of 4

HR906 REV. 4/95

**CONNECTICUT DEPARTMENT OF CORRECTION**
**HEALTH SERVICES PASS**

I/M NAME Kinnel, Marquis    NUMBER 341411

FACILITY OCI    LOCATION B40

REPORT TO HEALTH CARE UNIT (TIME) NA

ITEM(S) Bottom Bunk Pass

INMATE SIGNATURE

STAFF SIGNATURE _____    TITLE APRN

START/ISSUE DATE 2/8/22    EXPIRATION/RETURN DATE 5/8/22

received
on
← 2-16-2022
from Elizabeth
Heap
a day after
my fall from
the top bunk.
Eight days to
late.

forged
2-15-2022

HR906 REV. 4/95

**CONNECTICUT DEPARTMENT OF CORRECTION**
**HEALTH SERVICES PASS**

I/M NAME Kinnel, M    NUMBER 341411

FACILITY OCI    LOCATION B18A

REPORT TO HEALTH CARE UNIT (TIME) _____

ITEM(S) Bottom bunk pass

INMATE SIGNATURE

STAFF SIGNATURE LizHeap    TITLE APRN

START/ISSUE DATE 2/8/22    EXPIRATION/RETURN DATE 5/8/22

← received
on
2-15-2022
from some
other nurse
the day
I fell
from
the top
bunk

UNITES STATES DISTAICT COURT
FOR THE DISTRICT OF CONNECTICUT

Marquis Kinnel
(Plaintiff)

V.

Quieros, Jesus Guadarama,
Andre Samuda, Cummings,
Elizabeth Heap, and
McPherson, C
(Defeandants)

Declaration
OF Robert Lewis

Case No _____

Robert Lewis hereby declares:

I've been living in Osborn Corrections, b-block,
39 cell for quite sometime now, and during this
time I've had numerous cell-mates. Marquis Kinnel
being one of them. Sept 2021 until Nov 30.2021, when
we both tested positive for Covid-19, was how long
we were cell-mates.

I remember since the first day of him
moving in, him telling me ~~that~~ about his fight to
get back on the bottom bunk, because he was
in no condition to get up and down from the
top bunk, and I could see that, the first few
times he tried. I would've giving him the bottom
bunk, but we're not allowed to do that, and I

did'nt want to get in trouble.

As time went on. I Robert Lewis witnessed Kinnel fall, almost fall, and hurt himself very often. Kinnel would stop nurses walking by the cell, and ask what's going on with his bottom bunk, and they would say to him to write sick call, or they say he's on the sick call list. I knew it wouldn't be long until he seriously hurt himself. coming down, or going up the top bunk. When I heard of it. I wasn't surprised.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Somer, Ct Ohorn Corrections. On 2-20-2022.

Robert Lewis

_Robert Lewis_
Signed

United States District Court For District Of Connecticut

(Plaintiff)

Marquis Kinnel                          :        Declaration Of
                                        :        Dhati Coleman
V.                                      :
                                        :
                                        :
(Defendants)                            :
Quieros, Elizabeth Heap,                :        Case No. _____
Jesus Guadarama, Cummings,              :
Andre: Samuda, McPherson, C,            :
~~Reddie and cassidac~~                 :


I Dhati Coleman hereby declare:

I'm a prisoner who's currently being housed in Osborn
Corrections. I'm currently in B-18 bottom bunk, and I've
been in this cell for quite sometime. On 12-14-2021 the plaintiff
Marquis Kinnel was assigned to my cell, but he immediately
had an issue, because I have a bottom bunk pass, and Kinnel
said he should have one too. On that same day Kinnel told the
Officer about his issue, before he unpacked his property, and
the Officer called medical so Kinnel could be seen, but Kinnel
came back from medical, and said that they made him sit
in the waiting area for over a hour without seeing him, so
he left, and said he'll talk to the higher ups. The Officer came
to our cell and told Kinnel that he wrote the

# Declaration Of Dhati Coleman

issue in the Officer's book, and that he wrote in there how medical made him wait without seeing him.

Immediately I noticed the pain and agony Kinnel went through trying to maneuver his way on and off the bunk, and as time went on I told Mr.Kinnel to be careful on lots of incidents, because I saw him stumble on different occasions. He fell a few times, but always said he'll be okay, but I knew he was in pain. His shoulder and back was all he complained about. I didn't see when he fell on the day he moved out, but for him to have to go see medical, it had to be serious. He never went to see them for other falls.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Somer Osborn Correction in Somers, Connecticut on 2-20-2022

2-20-2022
Dhati Coleman
Dhti Col