MARQUIS KINNEL,
   *Plaintiff,*

   v.

COMMISSIONER QUIROS ET AL.,
   *Defendants.*

No. 3:22-cv-399 (VAB)

## SCHEDULING ORDER

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:

- Initial disclosures due by **September 8, 2023**.
- Joinder of parties and amended pleadings due by **September 22, 2023** (Plaintiff).
- Joinder of parties and amended pleadings due by **October 20, 2023** (Defendant).
- Any party's damages analysis due by not later than **two weeks before that party's deposition**.
- All fact discovery, including the depositions of fact witnesses, shall be completed by **May 10, 2024**.
- Designation of expert witnesses due by **May 10, 2024** (Plaintiff).
- Depositions of expert witnesses shall be completed by **July 12, 2024** (Plaintiff).
- Designation of expert witnesses due by **August 16, 2024** (Defendant).
- Depositions of expert witnesses shall be completed by **October 11, 2024** (Defendant).
- All discovery shall close by **October 11, 2024**.
- If, after the close of discovery, the parties wish to meet with a Magistrate Judge to discuss settlement, the parties may jointly file such a request by **October 17, 2024**.
- Dispositive motions due by **November 15, 2024**.
- Joint trial memorandum is due by **December 20, 2024**, or thirty (30) days after the Court rules on any dispositive motions.
- Trial ready date is **January 20, 2025**, or thirty (30) days after the joint trial memorandum is filed.

**SO ORDERED** at Bridgeport, Connecticut, this 8th day of August, 2023.

   /s/ Victor A. Bolden
   Victor A. Bolden
   United States District Judge