UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARQUIS KINNEL, *Plaintiff*, | : | CIVIL NO. 3:22-cv-399 (VAB) |
| v. | : | |
| QUIROS, et al., Defendants. | : | MAY 16, 2024 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), the parties hereby stipulate that this matter is dismissed with prejudice and without an award of costs to either party.

PLAINTIFF,
Marquis Kinnel

BY: _____
Michael Thomason, Esq.
Whitman Breed Abbott & Morgan LLC
500 West Putnam Avenue 2nd Floor
Greenwich, CT 06830
Tel: 203.862.2333
mthomason@wbamct.com

DEFENDANTS,
Quiros et. al.

BY: /s/ Robin S. Schwartz
Robin S. Schwartz, ct24891
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
E-Mail: robin.schwartz@ct.gov
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on ____MAY 16_____, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties noted below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Counsel for the Defendants*
Robin S. Schwartz, AAG
Robin.Schwartz@ct.gov

/s/ Michael Thomason
_____
Michael Thomason, Esq.
*Counsel for the Plaintiff*